UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                             Case No. 21-MJ-30439

VERDINE DAY,

    Defendant.
_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint and Arrest Warrant and all attendant papers for the following reason:

1. The Defendant has been made aware of the Complaint and has agreed to voluntarily surrender and appear in Court.

2. The United States is no longer apprehensive that the Defendant may flee prior to her appearance on the Complaint.

                                                Respectfully submitted,

                                                Saima S. Mohsin
                                                Acting United States Attorney

                                                *s/Sarah Resnick Cohen*
                                                Sarah Resnick Cohen
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                (313) 226-9637

Dated: September 27, 2021          sarah.cohen@usdoj.gov

**IT IS SO ORDERED.**

                                                s/Elizabeth A. Stafford
                                                Elizabeth A. Stafford
                                                United States Magistrate Judge

Entered: September 27, 2021